M. P. No. 1976. JOSEPH E. GONSALVES *v.* FRANCIS A. HOW-ARD, *Warden.* Petition for writ of habeas corpus granted, and writ may issue forthwith. Petitioner's pro se motion for admission to bail denied without prejudice to right of petitioner to renew the motion in Superior Court. *Joseph M. Hall,* Asst. Public Defender, for petitioner. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General for respondent.

Ex. No. 1644. STATE *v.* RICHARD JOHN HARRIS. Defendant's motion for transmittal of record to Supreme Court denied without prejudice. Defendant's motion for allowance to file petition for reargument out of time denied without prejudice to right of defendant (1) to seek post-conviction relief and (2) to proceed initially in Superior Court if evidentiary hearing is involved. *Richard J. Israel,* Attorney General, *Edward E. Dillon, Jr.,* Special Asst. Attorney General, for plaintiff. *Richard A. Ciccone, Harvey Brower,* Boston, Mass., for defendant.

Ex. No. 1758. STATE *v.* DANIEL H. MARZILLI. Petition of father of defendant to have court proceed to enter decision and State's motion to dismiss appeal assigned specially to calendar of March 23, 1973 for oral argument. Roberts, C.J., Paolino, J., not participating. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, *Alexander G. Teitz,* Asst. Attorney General, for plaintiff. *Roberts & Willey, Inc., Dennis J. Roberts, II,* for defendant.